FILED:  March 25, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-4243

(3:11-cr-00386-FDW-DSC-3)

_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

YOEL JIMENEZ

Defendant - Appellant

This case has been opened on appeal.

| Originating Court | United States District Court for the Western District of North Carolina at Charlotte |
|---|---|
| Originating Case Number | 3:11-cr-00386-FDW-DSC-3 |
| Date notice of appeal filed in originating court: | 03/21/2014 |
| Appellant (s) | Yoel Jimenez |
| Appellate Case Number | 14-4243 |
| Case Manager | Donna Lett 804-916-2704 |